JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$17,857.16 IN BANK FUNDS,<br><br>　　　　Defendant. | Case No. 8:15-cv-00445-JVS-RNB<br><br><u>ORDER DISMISSING ACTION PURSUANT</u><br><u>TO FED. R. CIV. P. 41(a)(2) [66]</u> |
| JONATHAN BRIGHTMAN DBA<br>COPY COM DISTIBUTION, INC.,<br><br>　　　　Claimant. | |

　　　Pursuant to the stipulation and request of Plaintiff United States of America ("the government or "the United States of America") and claimant Jonathan Brightman dba Copy Com Distribution, Inc. ("Claimant"), and good cause appearing therefor, IT IS HEREBY ORDERED:

　　　1.　The instant action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

2. The government shall return the defendant $17,857.16 in bank funds (the "defendant bank funds"), together with all interest earned by the government on the defendant bank funds to Claimant by electronic transfer directly into the client trust account of Lentz Law Firm PC (i.e., the attorneys of record for Claimant in this case). Claimant (through his attorneys of record) shall provide all information and complete all documents requested by the government in order for the government to complete the transfer including, without limitation, providing Claimant's social security and taxpayer identification numbers (if any), and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the client trust account to which the transfer is to be made.

3. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Secret Service and its agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

/ / /
/ / /

4. The parties shall bear their own costs and attorney fees, whether pursuant to 28 U.S.C. § 2465 or otherwise.

Dated: March 07, 2025

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

3